# Court of Appeals
# of the State of Georgia

ATLANTA,  November 03, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0469.  DERRICK FRANCOIS v. THE STATE.**

Derrick Francois was convicted of aggravated battery and other crimes, and we affirmed his convictions on appeal.  *Francois v. State*, 309 Ga. App. 692 (711 SE2d 45) (2011).  Francois later filed an extraordinary motion for new trial based on newly discovered evidence.  The trial court denied that motion by order entered on October 14, 2015.  Francois filed an application for discretionary appeal in this Court, which we denied.  See Case No. A16D0148, decided December 1, 2015.  Francois also filed this direct appeal.  We lack jurisdiction for three reasons.

First, an order denying an extraordinary motion for new trial must be appealed by application for discretionary appeal.  See OCGA § 5-6-35 (a) (7).  We have no jurisdiction to consider a direct appeal from such an order.  *Gable v. State*, 290 Ga. 81, 82 (1) (720 SE2d 170) (2011); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997).

Second, our previous denial of Francois's discretionary application was a decision on the merits.  See *Northwest Social & Civic Club v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003).  Thus, the doctrine of res judicata precludes this direct appeal from the same order.  See id.

Third, Francois's notice of appeal was filed on November 25, 2015, 42 days after entry of the order he wishes to appeal.  A notice of appeal, however, must be filed within 30 days of entry of the order to be appealed.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).

For all of these reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta, 11/03/2017*
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*